**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: **GLASSER, J.**        DATE: **MARCH 20, 2020**        TIME: **9:00 a.m.**

DOCKET #: **CR-19-00442 (ILG)**        TITLE: ***U.S.A. v. Amato, et al***

COURT REPORTER: **Recorded on ATT Teleconferencing System**        DEPUTY CLERK: **Stanley Kessler**

~~INTERPRETER~~:    **(9:06 a.m. – 9:17 a.m.)**        AUSA: **Elizabeth Geddes - #6432**
                                                         ~~Megan Elizabeth Farrell - #6448~~
                                                         ~~Tanya Jajjar - #6109~~

DEF'T #1 NAME: **Joseph Amato**                ATT'Y: **Scott E. Leemon, Esq. - Ret.**
✓ Present  _ Not Present  ✓ In Custody        ✓ Present  _ Not Present

- ✔ **Case called.**
- ✔ **Defendant Joseph Amato not present.  Defendant's counsel Scott E. Leemon, Esq. and Government counsel Elizabeth Geddes present.  The proceeding was conducted via remote telephone conferencing.**
- ✔ **The defendant's motion for bail was argued.**
- ✔ **The motion was denied for the reasons stated on the record.**

**TIME:   0/15**