UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                    19-CR-442 (S-1) (ILG)

JOSEPH AMATO, et al.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney James P. McDonald from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney James P. McDonald
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East
    Brooklyn, New York 11201
    Tel: (718) 254-6376
    Fax: (718) 254-6478
    Email: james.mcdonald@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney James P. McDonald at the email address set forth above.

Dated: Brooklyn, New York
March 26, 2020

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By: /s/ James P. McDonald
James P. McDonald
Assistant U.S. Attorney

cc: Clerk of the Court (ILG)