# LAW OFFICES OF SCOTT E. LEEMON, P.C.

**41 Madison Avenue, 31st Floor**
**New York, New York 10010**
**(212) 696-9111--- Office**
**(917) 238-0880---Mobile**
scott@leemonlaw.com
www.leemonlaw.com

---

September 7, 2021

Via ECF
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   United States v Joseph Amato, Sr., et al.
           Criminal Docket: 19 CR 442 (S-1) (BMC)

Dear Judge Cogan:

    I write on behalf AUSA Elizabeth Geddes to respectfully request that the sentencing scheduled for September 28, 2021 be adjourned until either October 20 or 21, 2021, subject to the court's availability.

    This request is made because AUSA Geddes is currently on trial before Judge Donnelly in *United States v Kelly*. The trial is now expected to continue through the month of September.

    The defendant does not object to this request.

    Thank you.

                                          Very truly yours,

                                          /s/
                                      Scott E. Leemon

cc:  All Counsel (via ECF)