# EXHIBIT B

Brooklyn federal jailers work 16-hour shifts amid prisoner influx as government shuts Jeffrey Epstein suicide lockup in Manhattan 10/6/21, 8:21 PM

Case 1:19-cr-00442-BMC Document 634-2 Filed 10/06/21 Page 2 of 4 PageID #: 4560



...vo plan Unlimited. Desde 1 hora/mes a ciertos paises.

**DAILY◉NEWS**

# Brooklyn federal jailers work 16-hour shifts amid prisoner influx as government shuts Jeffrey Epstein suicide lockup in Manhattan

**Noah Goldberg, New York Daily News**

Brooklyn's federal jail is struggling with a serious staff shortage as it takes an influx of new detainees from the Manhattan federal lockup that is in the process of closing, a top union official said.

Stretched-thin corrections officers at Brooklyn's Metropolitan Detention Center struggle to deal with the new inmates transfers from Manhattan's Metropolitan Correctional Center arrive every day,

One Simple Method To Keep Your Blood Sugar Below 100
sponsored by healthynatural.net

yahoo!  McAfee
**Protect your privacy online**
Get award-winning security now.

Try it free

**TRENDING**

Creator of Netflix's hit show 'Squid Game' had to stop writing the script because he had to sell...
INSIDER · 2 min read


Captured, Killed or Compromised: CIA Admits to Losing Dozens of Informants
The New York Times · 7 min read


Case 1:19-cr-00442-BMC   Document 634-2   Filed 10/06/21   Page 3 of 4 PageID #: 4561

Brooklyn federal jailers work 16-hour shifts and prisoners run amuk as government shuts Jeffrey Epstein suicide lockup in Manhattan    10/6/21, 8:21 PM

said the Brooklyn jail's union president, Rhonda Barnwell.

"Because we have no staff, some days there is no one assigned to a housing unit. Sometimes for eight hours there's no one. That's very dangerous," said Barnwell, who works in the MDC's medical department. "The agency [Bureau of Prisons] is quite aware we've had several posts unmanned, and they've done absolutely nothing about it."

- ADVERTISEMENT -



The result is exhausted corrections officers pulling double shifts and sleeping in their cars outside the Sunset Park jail, Barnwell said. Often, she said, sick inmates go without treatment because the medical staff is so shorthanded.

"The staff are tired. Some staff are doing 16 hours a day, five days a week," said the union chief.

Barnwell said she fears the staff shortage will mean more fighting among inmates, and more contraband smuggled into the jail.

Officers at the jail are "not at their best to really see some of these offenses happening," she said.

Numerous safety and sanitation problems were reported at the Metropolitan Correctional Center in Manhattan, which is in the process of closing. Accused sex criminal Jeffrey Epstein killed himself there in 2019.


Fugitive face in the crowd? US Marshals seek help in identifying Dodgers fan
ABC News · 4 min read


A woman claims she has DNA evidence to prove she's a 7-year-old girl who went missing 21 yea...
INSIDER · 3 min read


Thylane Blondeau, the 'most beautiful girl in the world,' turns heads in black lingerie at Paris...
Fox News · 2 min read


Sponsored Video

**POPULAR**


Latest weather with Brianna Ruffalo
KABC – Los Angeles


Top Rated Orthopedics! The Costs May Surprise You
Ad · searchlime

Brooklyn federal jailers work 16-hour shifts amid prisoner influx as government shuts Jeffrey Epstein suicide lockup in Manhattan

Case 1:19-cr-00442-BMC   Document 634-2   Filed 10/06/21   Page 4 of 4 PageID #: 4562

10/6/21, 8:21 PM

HOME   MAIL   NEWS   FINANCE   SPORTS   ENTERTAINMENT   LIFE   SHOPPING   YAHOO PLUS   MORE Download the Yahoo News app

yahoo/news

Sign in   Mail

f
t

vermin-infested nightmare, and a corrections officer was sentenced to prison in December on charges of sexually abusing women prisoners over a six-year period.

The more than 200 remaining inmates in the Manhattan jail are likely to be transferred out October, according to a source.

Barnwell's plea for additional resources comes as a chorus of New York congressional members called on the Bureau of Prisons to give them concrete plans regarding the influx of inmates at Brooklyn's Metropolitan Detention Center.

The congressmembers cited the "long, troubled history" at the Metropolitan Detention Center, and questioned whether the Sunset Park jail is ready for another few hundred federal detainees who might come from Manhattan "absent changes in staffing and resources."

The letter to Bureau of Prisons Director Michael Carvajal was signed by Senators Chuck Schumer and Kirsten Gillibrand and representatives Nydia Velàzquez, Alexandria Ocasio-Cortez, Yvette Clarke, Carolyn Maloney, Grace Meng, Ritchie Torres, Jamaal Bowman, Hakeem Jeffries, Adriano Espaillat, Gregory Meeks, Thomas Suozzi and Jerry Nadler.

A BOP spokesperson promised updates about the Brooklyn jail and the "deactivation" of the Manhattan jail soon.


Coronavirus dashboard: Catch up fast
Axios


Air quality is a concern for some today
KTRK - Houston


AccuWeather: Clouds and sun
WABC - NY

Portable Oxygen Up To 60% Off - Save Today
Ad • 1st Class Medical


360 in-depth: Proposed ban on flavored tobacco in Denver