EXHIBIT E

To The Honorable Brian M. Cogan,

My name is Angela Sena and I am writing to you in regards to Joey Amato. I want to bring to your light the kind of person that he is. I have been in a healthy loving relationship with Joey Amato for a little over three years now. In that time Joey has treated me with nothing but love, respect, and sincerity. He has a genuine heart of gold and he never ceases to amaze me in all his kind gestures. During this time that he has been incarcerated I have heard the deep remorse he feels, in fact, not only do I hear it in his voice I see it on his face during visits. Besides this nightmare we are facing as a couple being apart, Joey lost his best friend, his beloved dog, Titus. The relationship he had with Titus was truly the definition of mans best friend. With only a few months shy of Titus passing away, Joey had to now suffer even more knowing that his mother passed away also. She was his angel on earth, she was the light of his life. The bond he shared with her was something to be admired. Joey thankfully was able to be home for his mother's burial, during that weekend with our family Joey mourned both Titus and his mother. I could not take his pain away, I was only able to console him and wipe his tears away and reassure him that both Titus and his mother forgive him. All Joey kept telling me was he knew how much pain he caused me, his mother, family and even Titus. He truly feels they both died from a broken heart and how he wishes he could take so much back. He was not able to be there to hold his mothers hand or to hold Titus, he wasn't even able to let them both hear his voice. Joey will forever suffer a punishment with the regret of not being there when his best friend Titus and his mother needed him the most. He constantly apologizes to me, and I know he means it. I know Joey sees the pain in my eyes and hears the hurt in my voice and I know if he could take back this horrible situation that we are in he would.

Joey has suffered being incarcerated during the pandemic being treated inhumanly. There were days I did not hear from him, no visits no phone calls no communication with myself or his family. When he would finally call he would tell me the conditions the prison were in and it would make me sick. I was worried considering his age to begin with and there was not enough food or water for him, and commissary was low. Its been a year and he is subjected to his small cell that he can barely stretch his legs, that is a punishment. Your Honor I hope I was able to paint a better picture into our life and the life of Joey Amato.

I thank you, with utmost respect,

Angela Sena

Sallyann Amato
June 3, 2021


Re: Mr. Joseph Amato


To The Honorable Judge Brian M. Cogan,

I am writing this letter on behalf of my brother Joey Amato. My brother and I have been close our whole lives. We have been together through the good times and the not so good times. My brother Joey has always been there for me and my family.

As a single mother, my brother Joey was always there for me and my son. My brother did his best to help us out whenever we needed him. My son always looked up to his uncle and would go to him for advice when he was growing up. My son has had many obstacles in his life. He had me to rely on but I was not always who he needed to speak to. He knew that he could always call his Uncle Joey for guidance. My son is now a husband and father of three, and he still leans on his uncle for help from time to time.

I have also relied on Joey for many things. My brother was the person I turned to when I needed advice or just a shoulder to cry on. My brother is a strong, but sensitive man who would do anything in his power to help his family and friends. When our father passed away my family depended on Joey. He was the glue that held our family together. Just a year ago, while Joey was in prison, our mother passed away. It was very difficult to go through this past year without my brother but just being able to speak to him helped me immensely. The love I have for my brother is hard to put into words. There was never a time that I didn't know that Joey cared about me and my family. He was always trying to help us and protect us. We still need him for advice and mentorship, for laughter and love.

Sincerely,
Sallyann Amato

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Cogan,

I am writing this letter to express my support for Joseph ("Joey") Amato. My name is Donna LaLima and I have known Joey for more than 40 years. My husband and I met Joey through mutual friends and after sitting with him and his future first wife at a wedding we became fast friends. As it turned out, Joey and I grew up very close to each other and had several friends, hangouts and, most importantly, pizzerias in common.

After that initial meeting we all spent one or more days a week together, whether out for dinner, a movie, play or just hanging out. We also became close with Joey's family, including his Dad, sisters and especially his mom, (whom we referred to as "Mama Jen") who would introduce my husband as her adopted son.

My husband was best man for Joey (twice) and is Godfather to Joey's son and Joey is my son's Godfather. Joey is and has always been a compassionate and loving friend, brother, son, uncle, and father. It was Joey who was in the car first to drive my husband when my stepson was in a car accident. It was Joey who searched with me for hours when my younger brother "escaped" a rehab facility. When my Dad died in 1987 at 52 years old, it was Joey who was there to console me and who waited at my home for caterers the day of the funeral. In 1990, when my nephew died in an accident, it was Joey and his wife whom I entrusted with my one month old son for three days and it is Joey whom I named in my will as custodian for my son.

My son was only 2 years old when Joey went away in 1992. The first time we brought my son with us to visit he was 6 and Joey's son was 4. As it turned out Joey entertained the kids with magic tricks, fart noises and stories for the entire visit (5 hours). I later learned that Joey had taken parenting classes while away... which obviously must have included a lesson on entertaining kids in the visiting room!?

Joey would call us monthly and use at least half of his time-limited phone calls listening to my son play the latest song he learned on the piano or violin.

When Joey came home, he worked at my husband's bakery for a couple of years while trying to find work closer to his home. Having also worked for my husband years earlier, we knew he was hardworking, dedicated and took pride in doing a good job. He got my husband back to the gym and set up workout routines for him because he wanted to ensure he remained in good health, since my husband is 15 years older.

Joey started joining us for Sunday dinners again, where I now watched my grandkids encircling him as he made cookies disappear up his nose and taught them how to make fart noises, of course.

In 2019, when Joey was arrested, I'd like to say I was shocked, but a more appropriate description of what I felt was devastatingly disappointed. Disappointed in Joey and disappointed in myself for not seeing any signs of change in his life. I think of Joey as family and felt I should have sensed that something had gone awry. The first time I was able to visit with Joey after his arrest I needed to let him know how I felt. I will say that he accepted my admonishment better than I anticipated, while never trying to minimize or shift blame for his actions. He did seem as disappointed as I that he had strayed from his initial path.

Since his incarceration in 2019, Joseph has lost his dog, his mom, and his childhood home. Due to Covid lockdowns and suspended visitations, our only communication has been via text messages. Although he was allowed to attend his mom's funeral, due to Covid restrictions and BOP regulations, I was unable to attend the funeral or even visit him, but I wanted to be there for him when his mom passed as he was for me when my dad passed.

I do realize that it is Joey's fault that he is in this situation, but I also hope that you will consider the additional loses that he has suffered along with the "solitary confinement like" conditions that he has been held in due to Covid.

I consider Joseph family and I know in my heart that he is truly a good person. As I've told him, there will always be a room in my home and a seat at my table waiting for him.

Thank you for your time and consideration in this matter. Any amount of relief you can grant will be greatly appreciated.

*Regards,*
*Donna LaLima*
████████
████████
(H) ████████
(C) ████████
dmlalima@gmail.com

# Bella Vista
## COUNTRY CLUB

May 15th, 2021

Re: Honorable Brian M. Cogan

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn New York 11201

Good Afternoon Your Honor,

      Thank you for taking a moment to read this letter in connection with sentencing regarding Mr. Amato's guilty plea. I am very aware of his situation and still would like to ask you to be as lenient as your honor could possibly be with his sentencing. I have been a remarkably close friend of Joseph and his family for over 43 years. I even introduced him to his finance who he plans to marry when his obligations are completed. As a young man we began a friendship that has lasted a lifetime. Over the many years of our friendship, I have seen Joey's kindness & respect toward people he knows or just met. I have watched him firsthand treat my staff with generosity and kindness. He has never asked anything of me other than being a friend. Joe has never taken the easy road and always took responsibility for his actions as he is doing now. I believe knowing him as I do, he is willing to accept the outcome of his guilty plea simply because he is a strong individual who will not be going down this road ever again. When his sentence is completed, an offer of employment within my company for Joseph has been discussed. I believe he has much to offer as well as trustworthy, responsible, and extremely intelligent. I thank your honor for taking the time to read this.

Respectfully,

*Anthony Beshara*

Proprietor