# LAW OFFICES OF SCOTT E. LEEMON, P.C.

**41 Madison Avenue, 31st Floor**
**New York, New York 10010**
**(212) 696-9111--- Office**
**(917) 238-0880---Mobile**
**scott@leemonlaw.com**
**www.leemonlaw.com**

---

October 12, 2021

<u>Via ECF</u>
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   <u>United States v Joseph Amato, Sr., et al.</u>
           <u>Criminal Docket: 19 CR 442 (S-1) (BMC)</u>

Dear Judge Cogan:

    In connection with Mr. Amato's pending sentencing, I enclose for the Court's review, a copy of an October 10, 2021 article from the NY Daily News entitled *"More problems at fed jail in Brooklyn; Inmates report no lights, water or hot food, few staffers"*.[1] The article details new barbaric conditions that the inmates were forced to endure over last weekend.

    Thank you.

                                        Very truly yours,

                                           /s/
                                        Scott E. Leemon

cc: All counsel (via ECF)

---

[1] The article can be found at https://www.nydailynews.com/new-york/nyc-crime/ny-water-electricity-conditions-mdc-brooklyn-20211010-27q6mnw6jre4llsko6jbww4m74-story.html.